Form 42 - DOORMAN WITH MILITARY


P4908315

**OVED & OVED, LLP**
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REMCODA, LLC | index No. **1:21-CV-00979-ER** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. |
| RIDGE HILL TRADING (PTY) LTD, ETAL | Court Date. |
| DEFENDANT | |

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**FREDDI SIMON** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the **24TH** day of **JULY, 2021 10:41AM** at

**235 EAST 40TH**
**UNIT 15A**
**NEW YORK NY 10016**
I served the **JURY TRIAL DEMANDED, SUMMONS AND AMENDED COMPLAINT**
after prior attempts were made on: **07/19/2021, 12:31PM 07/20/2021, 6:03PM** ,
upon **RUSSELL GROSS the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **JOHN DOE (REFUSED FULL NAME), DOORMAN**
a person of suitable age and discretion, who refused access to **DEFENDANT** actual apartment, and accepted in accordance with his/her everyday duties.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE** COLOR: **WHITE** HAIR: **BROWN/BLONDE** AGE: **45-55** HEIGHT: **5'5** WEIGHT: **155**
OTHER IDENTIFYING FEATURES

On **07/27/2021** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address . That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.
That at the time of service, as aforesaid, I asked the person spoken to whether the **DEFENDANT** was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service of the State of New York or the United States as that term is defined in statutes of the State of New York or the Federal Soldiers and Sailors Civilian Relief Act.
COMMENTS:

Sworn to before me this
27TH day of JULY, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

FREDDI SIMON 2066183
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-OOLLP-4908315

2a