UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REMCODA, LLC,

        Plaintiff,

– against –

RIDGE HILL TRADING (PTY) LTD, ATARAXIA CAPITAL PARTNERS PTY LTD, DE RAJ GROUP AG, PETRICHOR CAPITAL SDN-BHD, PETRICHOR CAPITAL TRADING LIMITED, VAIDYANATHAN MULANDRAM NATESHAN, GAYATHRI VAIDYANATHAN, MENUSHA GUNAWARDHANA, VINCENT FLETCHER, and RUSSELL GROSS,

        Defendants.

**ORDER**

21 Civ. 979 (ER)

Ramos, D.J.:

    On January 4, 2022, the Court ordered Plaintiff to show cause in writing by January 14, 2022 why an order should not be issued dismissing this action for lack of subject matter jurisdiction. Doc. 117. Pending resolution of the order to show cause, the pre-motion conference previously scheduled for January 12, 2022 is hereby ADJOURNED.

    SO ORDERED.

Dated: January 7, 2022
       New York, New York

                                                  Edgardo Ramos, U.S.D.J.