UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REMCODA, LLC,

                Plaintiff,

    – against –

RIDGE HILL TRADING (PTY) LTD, et al.,

                Defendants.

**ORDER**

21-cv-00979 (ER)

RAMOS, D.J.:

    On November 21, 2023, the Court entered default judgment against defendants Ridge Hill Trading (PTY) Ltd. and Ataraxia Capital Partners PTY Ltd. Doc. 221. The only remaining defendant in the case is De Raj Group AG. By November 7, 2024, Remcoda shall file a status report advising the Court how it intends to proceed with respect to De Raj Group.

It is SO ORDERED.

Dated:    October 31, 2024
            New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.